JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| GABRIELLA LUKAS, | CASE NUMBER |
|---|---|
| PLAINTIFF(S)<br>v.<br>HUNGARIAN EMBASSY,<br><br>DEFENDANT(S) | CV 15-2917 ODW (AGRx)<br><br>AMENDED<br>ORDER RE REQUEST TO PROCEED<br>*IN FORMA PAUPERIS* |

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____     _____
Date                          United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency          ☒ District Court lacks jurisdiction
☒ Legally and/or factually patently frivolous  ☐ Immunity as to _____
☐ Other: _____

Comments:
Plaintiff sues the Hungarian Embassy "to not have hack espionage into my private information, personal contacts, private details of any invention projects! business or personal contact details!" "I Gabriella need investors too!" Plaintiff does not specify this court's jurisdiction or include an intelligible prayer for relief. Plaintiff's complaint is frivolous.

4/22/2015                     Alicia G. Rosenberg
Date                          United States Magistrate Judge

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED
☒ DENIED (see comments above). IT IS FURTHER ORDERED that this case is hereby:    ☒ DISMISSED.
                                                                                    ☐ REMANDED.

4-24-15                       _____
Date                          United States District Judge

CV-73 (01/15)                 ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS*